AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CENTER FOR IMMIGRATION STUDIES<br><br>*Plaintiff(s)*<br>v.<br>RICHARD COHEN; HEIDI BEIRICH<br><br>*Defendant(s)* | Civil Action No. 19-cv-00087-ABJ |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Richard Cohen
    400 Washington Ave.
    Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Howard Foster
    Matthew Galin
    Foster PC
    150 N. Wacker Dr.
    Suite 2150
    Chicago, IL 60606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 01/16/2019

/s/ Elizabeth A. Fernandez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CENTER FOR IMMIGRATION STUDIES | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  19-cv-00087-ABJ |
| RICHARD COHEN; HEIDI BEIRICH | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Heidi Beirich
    400 Washington Ave.
    Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Howard Foster
    Matthew Galin
    Foster PC
    150 N. Wacker Dr.
    Suite 2150
    Chicago, IL 60606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 01/16/2019      /s/ Elizabeth A. Fernandez
                            *Signature of Clerk or Deputy Clerk*