# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR IMMIGRATION STUDIES,** | |
| Plaintiff, | |
| v. | Case No. 1:19-cv-00087-ABJ |
| **RICHARD COHEN and HEIDI BEIRICH,** | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that I, Dana R. Green, will no longer be associated with the form Ballard Spahr LLP as of April 11, 2019. Kindly withdraw my appearance as counsel in this civil action on behalf of Defendants Richard Cohen and Heidi Beirich. Chad R. Bowman of Ballard Spahr LLP will continue to represent these Defendants in this action.

Dated: April 8, 2019

Respectfully submitted,

**BALLARD SPAHR LLP**

  */s/ Dana R. Green*
Dana R. Green (D.C. Bar No. 1005174)
1909 K. Street, NW, 12th Floor
Washington, D.C. 20006-1157
Telephone: (202) 508-1108
Facsimile: (202) 661-2299
greendana@ballardspahr.com

*Withdrawing Attorney for Defendants*