# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR IMMIGRATION STUDIES, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| RICHARD COHEN, *et al.*, | ) ) |
| Defendants. | ) ) ) |

Civil Action No. 19-0087 (ABJ)

## ORDER

Pursuant to Federal Rule of Civil Procedure 12, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motion to dismiss [Dkt. # 11] is **GRANTED**. This is a final appealable order.

**SO ORDERED**.

_____
AMY BERMAN JACKSON
United States District Judge

DATE: September 13, 2019