# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Center for Immigration Studies
   Plaintiff

vs.   Civil Action No. 19-cv-87

Richard Cohen and Heidi Beinrich
   Defendant

## NOTICE OF APPEAL

Notice is hereby given this 7th day of October, 20 19, that

Center for Immigration Studies

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 13th day of September, 20 19

in favor of defendants Cohen and Beinrich

against said Center for Immigration Studies

Howard Foster
Attorney or Pro Se Litigant

Foster PC
150 N. Wacker Dr. #2150
Chicago, IL 60606
312-726-1600

Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Defense counsel are registered on ECF